IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLITZSAFE TEXAS LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO.  2:19-CV-00378-JRG <br> MASERATI NORTH AMERICA INC, FCA § (LEAD CASE) <br> US LLC, GENERAL MOTORS LLC, § <br> § <br> *Defendants*. § | |

### ORDER

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") and Defendant General Motors, LLC ("Defendant"). (Dkt. No. 300). In the Motion, the parties notify the Court that they have settled their respective claims for relief in this action, and request dismissal with prejudice of all claims and causes of action in this case.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. All claims asserted by and between all parties as part of the above-captioned case are hereby **DISMISSED WITH PREJUDICE** with all attorneys' fees, expenses, and costs of court to be borne by the party incurring the same.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as well as Case No. 2:19-CV-00377-JRG, as no parties or claims remain in either case. (*See* Dkt. No. 299).[1]

---

[1] *Blitzsafe Texas, LLC v. General Motors, LLC* was filed as Case No. 2:19-CV-00377 and was consolidated with Case No. 2:19-CV-00378 for pretrial issues. (*See* Dkt. No. 18).

**So ORDERED and SIGNED this 19th day of May, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE